*E-filed 6/21/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00409 PVT |
| Plaintiff, | ) ) | ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE |
| v. | ) ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| JOSE ANDREW LOPEZ, | ) ) | |
| Defendant. | ) ) | |

This matter came before the Court on Thursday, June 8, 2006 for the defendant's arraignment on the Information. Counsel for the government and the defendant were present. Based on the hearing, and at the request of the Defendant, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the Defendant needs additional time for investigation and effective preparation.

IT IS HEREBY ORDERED that this case is continued to Thursday, June 29, 2006 at 9:30 a.m. for status hearing.

IT IS FURTHER ORDERED that the period of time from June 8, 2006 through and including June 29, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED:   6/21/06

/s/   Howard R. Lloyd
_____
HOWARD R. LLOYD
United States Magistrate Judge

1  Approved as to form:
                /s/
2  _____
   JAY RORTY
3  Assistant Federal Public Defender
                /s/
4  _____
   RYAN M. ROBERTS
5  Law Clerk

6

7

8

9

10 Copies to be served on:

11 RYAN M. ROBERTS
   Law Clerk
12 150 Almaden Boulevard, Suite 900
   San Jose, California 95113
13
   JAY RORTY
14 Assistant Federal Public Defender
   160 W. Santa Clara Street, Suite 575
15 San Jose, California 95113

16

17

18

19

20

21

22

23

24

25

26

27

28

2